HARRIS v. UNITED STATES. (Circuit Court of Appeals, Fifth Circuit. November 3, 1911.) No. 2,145. In Error to the District Court of the United States for the Northern District of Alabama. Z. T. Rudulph and Ray Rushton, for plaintiff in error. Oliver D. Street, for the United States. Before PARDEE and SHELBY, Circuit Judges.

PER CURIAM. The motion of the United States Attorney to dismiss this writ of error for want of prosecution is granted, and it is ordered accordingly.

---

ILLINOIS STEEL CO. v. AIGLER et al. (Circuit Court of Appeals, Eighth Circuit. October 9, 1911.) No. 3,343. Appeal from the Circuit Court of the United States, for the Eastern District of Oklahoma. See, also, 176 Fed. 853, 100 C. C. A. 323. Kemper K. Knapp, Robert W. Campbell, William D. McKenzie, D. M. Tibbetts, and Fred W. Green, for appellant. J. F. Sharp, N. A. Gibson, Charles H. Hamill, and Lessing Rosenthal, for appellees.

PER CURIAM. Dismissed per stipulation, without costs to either party in this court.

---

JENKINS et al. v. ATLANTIC COAST LINE R. CO. (Circuit Court of Appeals, Fourth Circuit. November 8, 1911.) No. 1,024. In Error to the Circuit Court of the United States for the District of South Carolina, at Charleston. See, also, 179 Fed. 535. J. J. McSwain, for plaintiffs in error. Lucian W. McLemore, for defendant in error.

PER CURIAM. Writ of error dismissed by consent. Order of court and consent filed.

---

KEEBLE v. JOHN DEERE PLOW CO. (Circuit Court of Appeals, Fifth Circuit. November 27, 1911.) No. 2,239. Petition to Superintend and Revise Order of the District Court for the Northern District of Texas. J. M. Wagstaff, for petitioner. Joseph Manson McCormick, for respondent. Before PARDEE and SHELBY, Circuit Judges, and GRUBB, District Judge.

PER CURIAM. The conditional sale was recorded before the petition in bankruptcy was filed, and therefore is prior in time to any lien the trustee may have growing out of the adjudication in bankruptcy. The petition is denied, with costs.

---

MAXWELL v. UNITED STATES. (Circuit Court of Appeals, Fifth Circuit. November 3, 1911.) No. 2,149. In Error to the Circuit Court of the United States for the Northern District of Alabama. J. J. Willett, for plaintiff in error. Oliver D. Street, for the United States. Before PARDEE and SHELBY, Circuit Judges.

PER CURIAM. We find no reversible error in this case, and the judgment of the Circuit Court is affirmed.